THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARK GARRETT, Respondent.

Submitted February 18, 2014; decided April 3, 2014

Motion to strike portions of respondent's brief denied.

In the Matter of WALTER H. TAURINS, Appellant, v ELLEN S. TAURINS, Respondent.

Submitted February 18, 2014; decided April 3, 2014

Motion for reargument of motion for leave to appeal denied [see 22 NY3d 858 (2013)].

In the Matter of VICTOR K. THOMAS, Appellant, v DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION et al., Respondents.

Submitted February 24, 2014; decided April 3, 2014

Motion for reconsideration of this Court's January 9, 2014 dismissal order denied [see 22 NY3d 1050 (2014)].

In the Matter of BEN GARY TREISTMAN, Appellant, v SUZANNE MARY CAYLEY, Respondent. (And Another Related Proceeding.)

Submitted February 10, 2014; decided April 3, 2014

Motion for leave to appeal dismissed upon the ground that it does not lie (see CPLR 5602 [a]). Motion for poor person relief dismissed as academic.